HENRY DALE MURRAY and GEORGE ELLIOTT CHAFFIN, Plaintiffs in Error, *v.* THE STATE OF DELAWARE, Defendant in Error.

(*September* 14, 1951.)

SOUTHERLAND, Chief Justice, WOLCOTT, Justice, and HERRMANN, J., sitting.

*Everett F. Warrington* for plaintiffs in error.

*John J. McNeilly,* Deputy Attorney-General, for the State.

Supreme Court, No. 2, May Session, 1951.

PER CURIAM.

■ Jurisdiction to issue writs of error in criminal causes is conferred upon this court by *Section* 11 *of Article IV of the Constitution* and is limited to causes in which the sentence shall be death, imprisonment exceeding one month, or fine exceeding $100. There has been, as yet, no trial and conviction of the plaintiffs in error and, accordingly, review by writ of error of the ruling upholding the indictment at this time is premature.

■ Plaintiffs in error contend, however, that in a proper case a writ of error may be considered as a writ of *certiorari* and review of interlocutory rulings be had at an intermediate stage of a criminal cause. The argument is based upon the contention that the common law writ of *certiorari* is a discretionary writ and thus may be utilized to review interlocutory rulings. Irrespective of the nature of the common law writ of *certiorari,* *Section* 4264, *R. C.* 1935 provides that writs of *certiorari* issuable out of this court shall be writs of right and not of grace. The effect of this statute is to place writs of *certiorari* in the same category as writs of error, particularly with respect to the necessity for final judgment below prior to review by this court. The consistent practice in this state has been to make no distinction between writs of error and writs of *certiorari* with respect to the requirement of finality of the judgment sought to be reviewed. *King, Adm'x v. Wright, Adm'r,* 2 *Harr.* 135; *Vaughan v. Marshall,* 1 *Houst.* 348; *Johnson v. State,* 6 *Penn.* 450, 67 *A.* 785; 1 *Woolley Delaware Practice,* § 624; *Rule* 48 of this court.

The motion to dismiss the writ of error is granted.